UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                    Chapter 11

14 East 52nd Street Devco LLC,                              Case No. 23-41364 (ESS)

                                       Debtor.
-------------------------------------------------------x

**DEBTOR'S APPLICATION FOR AN ORDER ESTABLISHING
DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING
<u>THE FORM AND MANNER OF NOTICE THEREOF</u>**

**TO THE HONORABLE ELIZABETH D. STONG,
UNITED STATES BANKRUPTCY JUDGE:**

       The application of 14 East 52nd Street Devco LLC, (the "<u>Debtor</u>"), by its attorneys, Goldberg Weprin Finkel Goldstein LLP, respectfully shows this Court as follows:

       1.     The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on April 20, 2023, and has continued in possession of its property as a debtor-in-possession pursuant to Sections 1107 and 1108 of Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

       2.     In furtherance of the confirmation process, the Debtor hereby seeks entry of the pre-fixed order establishing a bar date for the filing of claims in accordance with Bankruptcy Rule 3003(c)(3).

       3.     The establishment of a bar date is necessary to the efficient administration of this Chapter 11 case and will assist in preparing a plan.

       4.     Submitted herewith are a proposed Order fixing the bar date and a proposed notice of the bar date, both following the model forms posted on the Court's website.

WHEREFORE, the Debtor respectfully prays for the entry of the pre-fixed order, together with such other and further relief as this Court may deem just, proper and necessary.

Dated:  New York, New York
        May 25, 2023

        GOLDBERG WEPRIN
        FINKEL GOLDSTEIN LLP
        *Attorneys for the Debtor*
        1501 Broadway, 22nd Floor
        New York, New York 10036
        (212) 221-5700

        By:   /s/ J. Ted Donovan, Esq.