# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA D. VITANZA*
M. BRIAN CRONK
JESSICA L. SPRAGUE°
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK
CYNTHIA M. ALBSTEIN
AMANDA ZIFCHAK

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, N. Y. 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
°   ALSO MEMBER OF CALIFORNIA BAR
∞   ALSO MEMBER OF FLORIDA BAR
♦   MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

August 25, 2023

*Via ECF Filing*
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201

    *Re:*    *14 East 52nd Street, New York, New York*
            **Case No. 23-41364 (ESS)**

Dear Judge Stong:

      This will confirm that the Debtor has moved to dismiss the Chapter 11 case, which motion is returnable on September 28, 2023 at 10:30 a.m. In light of this motion, the Debtor respectfully requests that the hearings scheduled for August 28, 2023 be adjourned to September 28, 2023 at 10:30 a.m. to be heard in conjunction with the dismissal motion.

                                                              Very truly yours,

                                                              /s/ J. Ted Donovan

cc:    Nazar Khodorovsky, Esq.
        Reema Lateff, Esq.
        Lucy Kweskin, Esq.